EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Eric I. Estrada Pabón | 2012 TSPR 70<br><br>185 DPR ____ |

Número del Caso: TS-14,721


Fecha: 12 de abril de 2012



Abogado de la Parte Peticionaria:

            Por derecho propio




Materia: Readmisión al ejercicio de la Abogacía



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eric I. Estrada Pabón

TS-14,721

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de abril de 2012.

El peticionario Eric I. Estrada Pabón solicitó baja voluntaria del ejercicio de la abogacía el 22 de junio de 2010. En vista de que no tenía quejas pendientes, lo autorizamos el 15 de julio de 2010.

El 19 de marzo de 2012, el peticionario solicitó ser reinstalado. Tras examinar la solicitud presentada, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina